No. 10-65. Brian Keith Harper, Petitioner v. United States.

562 U.S. 1087, 131 S. Ct. 694, 178 L. Ed. 2d 523, 2010 U.S. LEXIS 9207.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 892, 131 S. Ct. 274, 178 L. Ed. 2d 140, 2010 U.S. LEXIS 6062.